Mentioned Offices, and Why the Objections and Specifications Heretofore Filed against the Said Designating Petitions Should Not Be Dismissed. JACOB J. SCHWARTZWALD and JOSEPH H. GIVANT, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— Order reversed on the law and the facts, without costs and matter remitted to Special Term, Kings County, to take proof as to whether the name of Emanuel Celler, as designee for Congress, was placed on the petitions with the names of Alexander H. Katz, as designee for State Senator in the Seventh Senatorial District, Kings County, and Jule L. Maisel, as designee for Member of Assembly, Sixth Assembly District, Kings County, respectively, for the purpose of inducing electors to believe that said Alexander H. Katz and Jule L. Maisel were designees of the Regular Democratic Organization, or, that said Emanuel Celler was allied with them and in sympathy with their designations. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur. [See *post*, p. 804. See, also, *post*, p. 805.]

In the Matter of the Application of FRANK MONACO, Respondent, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law against S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, Respondents, and JULIUS L. BEZOZO, Appellant.— Order directing the board of elections of the city of New York to omit from the official ballot to be used at the primary election to be held in the county of Kings on the 17th day of September, 1940, for the American Labor Party, the name of Julius L. Bezozo as a candidate for the nomination for the public office of Member of the Assembly, 23rd Assembly District, Kings County, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of PATRICK O'HALPIN and Others, to Have Stricken Out and Declared Invalid, Null and Void, the Petitions Purporting to Designate the Following Named Persons as Candidates or as Candidates for Nomination of the American Labor Party for Public Office or for Election to Party Positions of Such Party, in and from the County of Queens: For State Senator, Second Senatorial District: Saul D. Herman; for Member of Assembly, Fourth Assembly District: John A. Heine; for Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District, from the Fourth Assembly District: Harry J. Chapman and Others; for Alternate Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District, from the Fourth Assembly District: John Fasulo and Others; for Member of Assembly, Fifth Assembly District: Myron Wisoff; for Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District, from the Fifth Assembly District: Lazar Becker and Others; for Alternate Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District, from the Fifth Assembly District: Jack Englander and Others; for Member of Assembly, Sixth Assembly District: Victor Levin; for Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District, from the Sixth Assembly District: Frank Borut and Others; for Alternate Delegates to the American Labor Party State Convention and Judicial Convention, Sixth Assembly District: James P. Early and Others. PATRICK O'HALPIN and Others, Appellants; S. HOWARD

COHEN and Others, as Commissioners of Elections of the City of New York, and Others, Respondents.— Order denying motion to strike out certain designating petitions affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of JOAQUIN SARIO and Another to Have Stricken Out and Declared Invalid, Null and Void, the Petitions Purporting to Designate the Following Named Persons as Candidates or as Candidates for Nomination of the American Labor Party for Public Office or for Election to the Party Positions of Such Party, in and from the County of Queens: for State Senator, Third Senatorial District: Paul Arnone. For Member of Assembly: William Reznicek, First Assembly District; Jacob Grossman, Third Assembly District. For Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District: From the First Assembly District, Michael Birardi and Others. From the Third Assembly District, Paul Arnone and Others. For Alternate Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District: From the First Assembly District, Louis Bokar and Others. From the Third Assembly District, Paul Antonini and Others. JOAQUIN SARIO and Another, Appellants; S. HOWARD COHEN and Others, as Commissioners of Elections of the City of New York, and Others, Respondents.— Order denying motion to strike out certain designating petitions affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

## (September 10, 1940.)

In the Matter of MAURICE A. FITZGERALD, Appellant, against S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, Respondents, for an Order Declaring Valid, Proper and Legally Effective and to Accept the Designating Petitions Filed with the Board of Elections Designating the Petitioner, MAURICE A. FITZGERALD, as a Candidate in the Democratic Primaries for the Office of Sheriff of Queens County, and to Compel the Printing of the Name of Petitioner on the Official Democratic Primary Ballots for the Office of Sheriff of Queens County and to Restrain the Board of Elections from Printing, Distributing and Using in the Democratic Primaries Any Ballots Not Containing the Name of Petitioner as a Candidate for Such Office.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to compel the board of elections to print petitioner's name on the official Democratic primary ballot for the office of sheriff of Queens county, and restraining the board of elections from printing, distributing and using in the Democratic primaries any ballots not containing the name of petitioner as a candidate for such office, affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Lazansky, P. J., Hagarty, Johnston and Close, JJ., concur.

In the Matter of the Application of JULE L. MAISEL and ALEXANDER H. KATZ, Appellants, for an Order to Declare Valid the Designating Petitions Filed by or on Behalf of the Said JULE L. MAISEL and ALEXANDER H. KATZ, with the Board of Elections of the City of New York, as Candidates for Nomination to the Office of Assembly, Sixth Assembly District, Democratic Party, Kings County, and